**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Juvens Georges<br>            <u>Debtor</u> | CHAPTER 13<br><br>BKY. NO. 14-10475 REF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of Select Portfolio Servicing as Servicer for U.S. Bank N.A., as trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2006-CH2 Asset Backed Pass-Through Certificates, Series 2006-CH2, and index same on the master mailing list.

Re: Loan # Ending In: 3360

                                            Respectfully submitted,

                                            **/s/Joshua I. Goldman , Esquire**
                                            Joshua I. Goldman, Esquire
                                            Thomas Puleo, Esquire
                                            KML Law Group, P.C.
                                            701 Market Street, Suite 5000
                                            Philadelphia, PA 19106-1532
                                            (215) 825-6306  FAX (215) 825-6406