# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Juvens Georges  | CHAPTER 13
      Debtor(s) |
 | BKY. NO. 14-10475 REF

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of U.S. Bank N.A., as trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2006-CH2 Asset Backed Pass-Through Certificates, Series 2006-CH2, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 3360

                                    Respectfully submitted,

                                    **/s/Thomas Puleo, Esquire**
                                    Thomas Puleo, Esquire
                                    Brian C. Nicholas, Esquire
                                    KML Law Group, P.C.
                                    701 Market Street, Suite 5000
                                    Philadelphia, PA 19106-1532
                                    (215) 825-6306  FAX (215) 825-6406