## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Juvens Georges<br>                    Debtor | CHAPTER 13 |
| U.S. Bank N.A., as trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2006-CH2 Asset Backed Pass-Through Certificates, Series 2006-CH2<br>                    Movant<br>          vs.  | NO. 14-10475 REF |
| Juvens Georges<br>                    Debtor | |
| Frederick L. Reigle Esq.<br>                    Trustee | |

## ORDER

AND NOW, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Court shall restrict public access to the original Notice of Mortgage Payment Change (Claim #5);

It is further, ORDERED that Movant is allowed to proceed with filing a corrective Escrow Analysis with the loan number redacted in all documents compliance with Fed. R .Bankr. P. 9037 and made part of the Court record.

**Date: October 17, 2017**

_____
United States Bankruptcy Judge.