United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 14-10475-ref
Juvens Georges                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: Lisa              Page 1 of 1              Date Rcvd: Oct 17, 2017
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2017.
db             +Juvens Georges,    4721 Yorkshire Drive,    Macungie, PA 18062-8216

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2017                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 17, 2017 at the address(es) listed below:
              CHARLES   LAPUTKA    on behalf of Debtor Juvens   Georges claputka@laputkalaw.com,
               jen@laputkalaw.com;mary@laputkalaw.com;dberger@laputkalaw.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    U.S. Bank N.A., as trustee,
               bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. Bank N.A., as trustee,
               bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    U.S. Bank N.A., as trustee,
               mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank N.A., as trustee, bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    U.S. Bank N.A., as trustee, tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 9

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Juvens Georges<br>                    Debtor | CHAPTER 13 |
| U.S. Bank N.A., as trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2006-CH2 Asset Backed Pass-Through Certificates, Series 2006-CH2<br>                    Movant<br>       vs.<br>Juvens Georges<br>                    Debtor<br>Frederick L. Reigle Esq.<br>                    Trustee | NO. 14-10475 REF |

**ORDER**

AND NOW, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Court shall restrict public access to the original Notice of Mortgage Payment Change (Claim #5);

It is further, ORDERED that Movant is allowed to proceed with filing a corrective Escrow Analysis with the loan number redacted in all documents compliance with Fed. R .Bankr. P. 9037 and made part of the Court record.

**Date: October 17, 2017**

United States Bankruptcy Judge.