Certificate Number: 17082-PAE-DE-032433834

Bankruptcy Case Number: 14-10475



17082-PAE-DE-032433834

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 12, 2019, at 7:19 o'clock PM MST, JUVENS GEORGES completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   March 12, 2019            By:    /s/Orsolya K Lazar

                                  Name:  Orsolya K Lazar

                                  Title: Executive Director