United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                   Case No. 14-10475-ref
Juvens Georges                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Lisa              Page 1 of 2              Date Rcvd: May 16, 2019
                              Form ID: 138NEW         Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 18, 2019.
db         +Juvens Georges,   4721 Yorkshire Drive,   Macungie, PA 18062-8216
smg        +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
             Allentown, PA 18101-1603
smg         City Treasurer,   Eighth and Washington Streets,   Reading, PA  19601
smg        +Dun & Bradstreet, INC,   3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg        +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg        +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
13229402   +Allied Interstate,   3000 Corporate Exchange Dr,   Columbus, OH 43231-7689
13342430   +American InfoSource LP as agent for,   DIRECTV, LLC,   Mail Station N387,   2230 E Imperial Hwy,
             El Segundo, CA 90245-3504
13267963   +Department Stores National Bank/Macys,   Bankruptcy Processing,   Po Box 8053,
             Mason, OH 45040-8053
13229403   +Grenen & Birsic, P.C,   420 Fort Duquesne Blvd,   Pittsburgh, PA 15222-1453
13229405   +Macys,   P.O. Box 8218,   Mason, OH 45040-8218
13229406   +Nancy Georges,   4721 Yorkshire Drive,   Macungie, PA 18062-8216
13347555   +U.S. Bank N.A. as trustee,   c/o Select Portfolio Servicing, Inc.,   3815 South West Temple,
             Salt Lake City, UT 84115-4412
13782152   +U.S. Bank N.A., as trustee,,   KML Law Group, P.C.,   701 Market Street,   Suite 5000,
             Philadelphia, PA 19106-1541
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 17 2019 02:37:12
             Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 17 2019 02:37:31      U.S. Attorney Office,
             c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13235167    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 17 2019 02:38:09
             American InfoSource LP as agent for,   T Mobile/T-Mobile USA Inc,   PO Box 248848,
             Oklahoma City, OK  73124-8848
13229404   +E-mail/Text: bkynotice@harvardcollect.com May 17 2019 02:37:53      Harvard Collection,
             4839 N. Elston Avenue,   Chicago, IL 60630-2589
13344467    E-mail/PDF: resurgentbknotifications@resurgent.com May 17 2019 02:38:08
             LVNV Funding, LLC its successors and assigns as,   assignee of OSI Portfolio Services, Inc.,
             Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
13229407   +E-mail/Text: bankruptcydepartment@tsico.com May 17 2019 02:37:47      NCO Fin 15,
             P.O. Box 15391,   Wilmington, DE 19850-5391
13229408    E-mail/Text: jennifer.chacon@spservicing.com May 17 2019 02:37:52
             Select Portfoloio Servicing, Inc.,   PO Box 65250,   Salt Lake City, UT  84165-0250
                                                                                               TOTAL: 7

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 16, 2019 at the address(es) listed below:
              CHARLES   LAPUTKA    on behalf of Debtor Juvens   Georges claputka@laputkalaw.com,
               jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    U.S. Bank N.A., as trustee,
               bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. Bank N.A., as trustee,
               bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank N.A., as trustee bkgroup@kmllawgroup.com

```
District/off: 0313-4               User: Lisa                  Page 2 of 2                   Date Rcvd: May 16, 2019
                                   Form ID: 138NEW             Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
          ecf_frpa@trustee13.com
         MATTHEW CHRISTIAN WALDT    on behalf of Creditor    U.S. Bank N.A., as trustee,
          mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
         REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank N.A., as trustee, bkgroup@kmllawgroup.com
         REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank N.A., as trustee, on behalf of the holders
          of the J.P. Morgan Mortgage Acquisition Trust 2006-CH2 Asset Backed Pass-Through Certificates,
          Series 2006-CH2 bkgroup@kmllawgroup.com
         ROLANDO  RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
          ecfmail@readingch13.com, ecf_frpa@trustee13.com
         SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
         THOMAS I. PULEO    on behalf of Creditor    U.S. Bank N.A., as trustee, tpuleo@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                 TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Juvens Georges
      Debtor(s)

Bankruptcy No: 14–10475–ref
Chapter: 13

---

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                    400 Washington Street
                            Suite 300
                         Reading, PA 19601

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                          For The Court
                                                Timothy B. McGrath
                                                  Clerk of Court

Dated: 5/16/19

                                                                                49 – 48
                                                                   Form 138_new