**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                        : Chapter 13

Juvens Georges                                      : Case No. 14−10475−elf

        Debtor(s)

### ORDER

_____

    AND NOW, this day , June 12, 2019 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.

        By The Court

        Eric L. Frank
        Judge , United States Bankruptcy Court